| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey  08002<br>(856) 663-5002 |
| In Re:<br><br>Thomas J. Laute, Sr.<br>           Debtor(s) |

Case No. 18-34645 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $13,092 paid to date, then $530 per month for twenty-eight (28) months starting September 1, 2021, for a total plan length of sixty (60) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on April 24, 2019, remain in effect.

_____                          9-8-21
S. Daniel Hutchison                                           Date
Debtor(s)' Attorney

_____                          9-10-202
Isabel C. Balboa                                                Date
Chapter 13 Standing Trustee