Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–34645–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas J. Laute Sr.
aka Thomas James Laute Sr., aka Thomas Laute, aka Thomas Laute Sr., aka Thomas Laute, aka Thomas J. Laute
487 College Boulevard
Wenonah, NJ 08090

Social Security No.:
xxx–xx–0550

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date: June 16, 2023
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*32* – Certification in Opposition to (related document:31 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/12/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by S. Daniel Hutchison on behalf of Thomas J. Laute Sr.. (Hutchison, S.)

and transact such other business as may properly come before the meeting.

Dated: May 4, 2023
JAN: lgr

Jeanne Naughton
Clerk