| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates* |

| | |
|---|---|
| In re:<br><br>Thomas J. Laute, Sr.<br>*aka* Thomas Laute<br>*aka* Thomas James Laute, Sr.<br>*aka* Thomas Laute, Sr.<br>*aka* Thomas J. Laute<br>*aka* Thomas Laute<br>                                        Debtor. | Chapter: 13<br><br>Case No.: 18-34645-ABA<br><br>Hearing Date: May 30, 2023<br><br>Judge Andrew B. Altenburg Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion for Relief from Stay** (Doc. No. 34).

Dated: May 23, 2023

                                    Stewart Legal Group, P.L.
                                    Attorney for Creditor

                      By:    */s/Gavin N. Stewart*
                             Gavin N. Stewart, Esq.