Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** <br><br> **STEWART LEGAL GROUP, P.L.** <br> *Formed in the State of Florida* <br> Gavin N. Stewart, Esq. <br> *Of Counsel to Bonial & Associates, P.C.* <br> 401 East Jackson Street, Suite 2340 <br> Tampa, FL 33602 <br> Tel: 813-371-1231/Fax: 813-371-1232 <br> E-mail: gavin@stewartlegalgroup.com <br> *Attorney for Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates* |
| In re: <br> Thomas J. Laute, Sr. <br> *aka* Thomas Laute <br> *aka* Thomas James Laute, Sr. <br> *aka* Thomas Laute, Sr. <br> *aka* Thomas J. Laute <br> *aka* Thomas Laute <br><br><br>                                             Debtor. |

Chapter 13

Case No. 18-34645-ABA

Hearing Date: May 30, 2023

Judge Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:            Thomas J. Laute, Sr.
Case No.:          18-34645-ABA
Caption of Order:  **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates ("Creditor"), whereas the post-petition arrearage amount identified in the Motion was cured and, as of May 23, 2023, the loan is due for the June 1, 2023 payment, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **487 College Boulevard, Deptford, New Jersey 08090** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the June 1, 2023 payment; and

    b. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111.**

3. The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.   Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $188.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ S. Daniel Hutchison* | */s/ Gavin N. Stewart* |
| S. Daniel Hutchison, Esq. | Gavin N. Stewart, Esq. |
| Law Office of S. Daniel Hutchison | Stewart Legal Group, P.L. |
| 135 North Broad Street | 401 East Jackson Street, Suite 2340 |
| Woodbury, NJ 08096 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |