*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Thomas J. Laute, Sr.**

Case No. **18-34645**

Chapter: **13**

Judge: **ABA**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Thomas J. Laute, Sr.**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **January 10, 2024**        /s/ **Thomas J. Laute, Sr.**
                                  **Thomas J. Laute, Sr.**
                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**