| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | Order Filed on February 6, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Thomas J. Laute Sr. a/k/a<br>Thomas Laute a/k/a<br>Thomas Laute Sr. | Case No: 18-34645<br>Chapter: 13<br>Hearing Date: _____<br>Judge: ABA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 6, 2024**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 487 College Boulevard, Wenonah, NJ 08090

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Credit One Bank, N.A.
b. Current Assignee: Midland Funding LLC
c. Current Servicer: Midland Funding LLC
d. Date of Mortgage/Lien: on or about September 3, 2014
e. Date of Recordation: on or about October 8, 2015
f. Place of Recordation: Clerk, Superior Court of New Jersey
   i. ~~Mortgage Book~~: Docket No: DC-3266-14
   ii. ~~Page~~: Judgment No: DJ-180990-15
g. Original Principal Balance of Mortgage/Lien: $ 927.00 plus costs/fees/interest

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*