**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas J. Laute Sr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0550 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–34645–ABA | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Thomas J. Laute Sr.
> aka Thomas James Laute Sr., aka Thomas
> Laute, aka Thomas Laute Sr., aka Thomas
> Laute, aka Thomas J. Laute

3/14/24

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-34645-ABA |
|---|---|
| Thomas J. Laute, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Laute, Sr., 487 College Boulevard, Wenonah, NJ 08090-1116 |
| 517924824 | + | Barbara Laute, 623 Second Avenue, Woodbury, NJ 08096-6613 |
| 517987336 | + | HSBC Bank USA, National Association, Charles G. Wohlrab, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518589319 | + | HSBC Bank USA, National Association, Denise Carlon,, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517924835 | + | Lisa M. Kupsey, 487 College Boulevard, Wenonah, NJ 08090-1116 |
| 517924839 | + | Pallies Auto Sales, Attn: Bankruptcy Dept, 540 A Delsea Drive, Sewell, NJ 08080-2827 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 14 2024 20:48:58 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517924819 | + | Email/Text: krubin@abcbail.com | Mar 14 2024 20:51:00 | ABC Bail Bonds, Inc., Legal Department, 190 S Broad Street, Trenton, NJ 08608-2405 |
| 517961988 | | EDI: PHINAMERI.COM | Mar 15 2024 00:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517924823 | + | EDI: DIRECTV.COM | Mar 15 2024 00:42:00 | AT&T Direct TV, c/o AT&T Communications, 208 S Akard Street, Dallas, TX 75202-4206 |
| 517924822 | + | EDI: DIRECTV.COM | Mar 15 2024 00:42:00 | AT&T Direct TV, c/o Bankruptcy, 4331 Communications Drive, Floor 4W, Dallas, TX 75211-1300 |
| 517924821 | + | EDI: PHINAMERI.COM | Mar 15 2024 00:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 517924825 | | EDI: CAPITALONE.COM | Mar 15 2024 00:42:00 | Capital One, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518024832 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 21:07:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517924826 | + | EDI: COMCASTCBLCENT | Mar 15 2024 00:42:00 | Comcast, c/o Bankruptcy Department, One Comcast Center, 1701 John F Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 517924827 | + | EDI: CCS.COM | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 37 |

| | | Mar 15 2024 00:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
|---|---|---|---|
| 517924828 | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2024 20:55:57 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517924829 | EDI: DIRECTV.COM | Mar 15 2024 00:42:00 | Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245 |
| 517924830 | EDI: DIRECTV.COM | Mar 15 2024 00:42:00 | Direct TV, Attn: Bankruptcy Department, PO Box 6550, Greenwood Village, CO 80155 |
| 518032800 | + EDI: AIS.COM | Mar 15 2024 00:42:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517924831 | + Email/Text: bknotice@ercbpo.com | Mar 14 2024 20:51:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518046938 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 14 2024 20:51:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517924833 | + Email/Text: bankruptcy.notices@hdfsi.com | Mar 14 2024 20:51:00 | Harley Davidson Financial, Attn: Bankruptcy Department, 4150 Technology Way, Carson City, NV 89706-2026 |
| 518047929 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 14 2024 20:50:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 517924832 | EDI: BLUESTEM | Mar 15 2024 00:42:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 517924834 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2024 20:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517924837 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Funding LLC, Attn: President, or Managing Partner, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517924836 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517924838 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Funding LLC, Attn: President, or Managing Partner, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 517924840 | Email/Text: signed.order@pfwattorneys.com | Mar 14 2024 20:50:00 | Pressler, Felt & Warshaw, L.L.P., Re: GLO DC 003266-14, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517947532 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:56:40 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517924841 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517960423 | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 20:51:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517924842 | + Email/Text: bankruptcy@sw-credit.com | Mar 14 2024 20:51:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 517924843 | + EDI: WFFC2 | Mar 15 2024 00:42:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 14, 2024 | Form ID: 3180W | Total Noticed: 37

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517924820 | ##+ | Alfred Sciubba, 3 Chadwick Drive, Voorhees, NJ 08043-2972 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor HSBC Bank USA National Association as Trustee for Nomura Home Equity Loan Trust, Series 2006-WF1 Asset Backed Pass-Through Certificates ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| S. Daniel Hutchison | on behalf of Debtor Thomas J. Laute Sr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9