Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34645−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas J. Laute Sr.
aka Thomas James Laute Sr., aka Thomas Laute, aka Thomas Laute Sr., aka Thomas Laute, aka Thomas J. Laute
487 College Boulevard
Wenonah, NJ 08090

Social Security No.:
xxx−xx−0550

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 16, 2024</u>    <u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court